Raymond C. Katchatag #494062
Spring Creek Correctional Center
3600 Bette Cato Road
Seward, Alaska -99664-

RECEIVED
JUN 13 2019
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Raymond C. Katchatag ,
    (plaintiff)

Case No. 3:19-CV-00172-DMS

v.

Department of Corrections--Health and
Rehabilitation Services (H.A.R.S.):

1. Laura Brooks-Health Care Administrator, M.S., L.P.A.
2. Amanda Loomis-P.A.-C.
3. Bryan Pherson-P.A.-C.
4. Gabe Gluesing-R.N.II
5. Jillian Ryan-R.N.I
6. Lynne Lawrence-R.N.III
        Defendent(s)

PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

B. Parties

1. Plaintiff: This complaint alleges that the civil rights of: Raymond C. KatchataG , who presently resides at: Spring Creek Correctional Center, were violated by the actions of the individual(s) named below.

2. Defendents:

·Defendent No.1: Laura Brooks , is a citizen of: Alaska ,and is employed as a: L.P.A., M.S., Health Care Administrator and Deputy Director of H.A.R.S. for the Department of Corrections.

_____ This defendent **personally participated** in causing my injury, and I want **money damages**.

OR

__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

·Defendent No.2: Amanda Loomis , is a citizen of: Alaska , and is employed as a: Physician Assistant-Certified.

_____ This **defendent** personally participated in causing my injury, and I want **money damages**.

Prisoner § 1983-1

OR

__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

- Defendent No.3: _Bryan Pherson_, is a citizen of: _Alaska_, and is employed as a: _Physician Assistant-Certified_.

_____ This defendent **personally participated** in causing my injury, and I want **money damages**.

OR

__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

- Defendent No.4: _Gabe Gluesing_, is a citizen of: _Alaska_, and is employed as a: _R.N.II (Nurse)_.

_____ This defendent **personally participated** in causing my injury, and I want **money damages**.

OR

__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

- Defendent No.5: _Jillian Ryan_, is a citizen of: _Alaska_, and is employed as a: _R.N.I (Nurse)_.

_____ This defendent **personally participated** in causing my injury, and I want **money damages**.

OR

__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

- Defendent No.6: _Lynne Lawrence_, is a citizen of: _Alaska_, and is employed as a: _R.N.III (Nurse)_.

_____ This defendent **personally participated** in causing my injury, and I want **money damages**.

OR

__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

C. Causes of Action (you may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.")

Prisoner § 1983-2

CLAIM 1: On or about <u>April 8th, 2019</u> my civil right to: <u>Freedom From Deliberate Indifference</u>, was violated by: <u>Laura Brooks (Ms. Brooks)</u>

On Thursday February 14th, 2019, I met with the cardiologist at the American Heart Institute (A.H.I.) as I was experiencing heart palpitations, shortness of breath, and moments of dizziness which would lead to passing out. During our discussion I had asked him to change my diet as he was the only person capable of changing the diet. He said he would write it down and fax it over to the jail along with the follow-up medical appointment he had scheduled for me (a tilt-table test). As Ms. Brooks is the Deputy Director of the Health and Rehabilitation Services and the person who oversees the Division and Chair of the M.A.C.; so ultimately it falls on her decision to decide what's to be done as far as an inmate's treatment plan shall be handled. Ms. Brooks, has chosen instead to have me do an Orthostatic Blood Pressure (B.P.) Tests done in the place of the cardiologist's recommended tilt-table test and has chosen to deny the diet he had ordered for me as well and in its place submit me to D.O.C.'s version of a heart healthy diet.

  This medical issue with my heart actually began in 2016 when the then P.A. (J. Cassell) had chosen to remove me from the anti-acid medication Prilosec in his response to my Request for Medical (R.M.C.) he answered that people were not supposed to use it (Prilosec) for more than 4 weeks as it has shown to cause kidney damage. He had taken me off Prilosec sometime in March or April, when I was given that response it was on 5-5-16, and I had filed a medical grievance on it (SC16-197) on 5-23-16. The investigator's finding's was that: "Your current records have been reviewed. Chronic use of omeprazole (Prilosec) has been found to cause significant medical issues including: gastric cancer,' fracture of weight bearing bones, blood mineral abnormalities, kidney problems, among others." The purpose of my grieving them was because I was on Prilosec for 6 and a half years having been originally been placed on it back in 2010 by the then P.A. here at S.C.C.C. (Norcross). [When I was awaiting sentencing at A.C.C.-East, they had taken me off it, but they did not give me any reasons as to why and after insistently requesting that I be placed back on it; even going so far as to have my then girlfriend e-mail Ms. Brooks, they relented and placed me back on Prilosec.] 2015
(2016) During the subsequent months of being taken off Prilosec I was having painful withdrawls after having been on it for so long. I was having painful heartburn where I was burping up acid, food too acidic would intensify the heartburn, and to counteract these signs and symptoms (S/S) they were giving me two Pepcid a day and issuing me 6 calcium carbonated tablets a day. (Tums)
I was (and still am) also experiencing pain in my ailmentry canal when I occasionally

would have bowel movements. Medical would issue me these stool sample cards to test for blood in my stool. I was also experiencing pain in my back so the P.A. had issued me Mobic since it wouldn't effect my heartburn. It wasn't until September of that year that I was finally sent to Anchorage to see a cardiologist and a gastroentrologist. I met with the first doctor (Dr. Sweeney) who is a gastroentrologist and his clinic is located near Lake Otis & Tudor off Laurel St. That meeting went something along these lines:

Dr. Sweeney: "If you want treatment from me you will have to take Prilosec for 4 weeks. Except I would prefer you to be on it, for lets say... 2 years."

My response: "No, do you not know why I am here?"

Dr. Sweeney: "Yeah you have been having painful heartburn and pain when you have a bowel movement."

My response: "I'm here because I was just on Prilosec for 6 and ½ years and now D.O.C. Medical has taken me off to which I grieved it and wanted know what were its negative side-effects and to be seen by a specialist."

Dr. Sweeney: "Who's to say that Prilosec caused you these problems? Medical research has made vast amounts of improvements and the proof is astounding Prilosec has shown to stop anyone who has G.E.R.D. and I recommend it to all my patients."

My Response: "No, I will not take it not even for another 4 weeks."

Dr. Sweeney: "Well if you want me to treat you that is my plan."

This is not the exact conversation but it is the gist of it. After that I had left and was returned back to the prison A.C.C.-East. A few days later I was brought to the American Heart Institute (A.H.I.) to meet with the cardiologist. First, I was brought to be seen for a sonogram or an unltrasound to do an inspection of my heart. Then I was brought up to speak with the cardiologist, who then stated I will wear a "heart monitor" for 30 days to evaluate what my symptoms were with my heart. The problem with that was when I took it back to wear, none of the sticky pads would stick due to my excessive dry skin, so they would fall off. I made a complaint to medical, but they said "they wouldn't provide me with more pads or skin tape," and so I had refused telling them: "I want to wear it, but because you won't provide me with any kind of skin tape there is no point in wearing it." At or around this time I was corresponding with the D.O.C. Medical Department about the treatment plan with the gastroentrologist. We agreed that I would not exceed the 4 week time limit and that I will have my follow-up with him afterwards. Except, during my 5th week I was transfered back to S.C.C.C.. When I arrived here I met with Nurse Anderson who had shown me my medical chart and I then saw I was ordered to take Prilosec for 90 days. At which point I told them I would not take the Prilosec. That was, I believe, on 11/21/16. I grieved them on 3/7/17 about my

follow-up with the gastroentrologist and they said it has been cancelled. That I was being given essential medical care. I had also requested that they change my diet and I explained to them what works for me and they refused this also giving me the same answer. I forgot to mention that in January of 2017 they had approved I go back to A.C.C.-East for the follow-up with the cardilogist and wear the "heart monitor," this time I would be given hypoallergenic skin pads and non-adhesive skin tape. After 30 days I was sent back to S.C.C.C. the final determination was that my heart was fine from the cardiologist. I was at this time not having such severe S/S and beginning to feel better. For the rest of that year I really didn't have anymore problems with my stomach occasionally I would have some shortness of breath, but overall I was good. When in mid 2018 I would experience shortness of breath the then P.A. (G. Smith) met with me and said that I would take Pepcid twice daily. Once in the morning and once in the evening. Another issue I was experiencing with them was the distribution of my meds, which I was requesting that they spaced apart as each pill may conflict with one another chemically. She said (G. Smith) that you will be given your meds at these times morning and evening. To which I grieved this issue and was denied. Again I was told I was being given adequate medical care. It wasn't until January of 2019 when I began to have severe heart palpitations and would experience shortness of breath and have dizziness spells that would lead to me passing out, that I was sent back to A.H.I. to speak with the cardiologist. And so here I am back at the beginning of this claim.

See packets to verify grievances, maladies, and violations.

**CLAIM 2:** On or about February 2nd, 2019, my civil right to Freedom from Deliberate Indifference was violated by: Amanda Loomis(P.A. Loomis):

P.A. Loomis, denied what the Outside Medical Doctor at the A.H.I. ordered; he (the cardiologist) had written for me a diet after I had explained to him that he is the only person who is capable of changing my diet. I had explained that the prison food is not something that most typical people eat and that due to my intense excercising the standard diet doesn't have enough protein content. I then stated could you write for me: The High Protein Diet, with no dairy. He also added as an option that it be low in sodium. When I met with P.A. Loomis, she said that Medical D.O.C. does not order people high protein diets, instead she said that they will supplment it with D.O.C.'s version of a heart healthy diet. When we met she stated that it will be the Cardiac Diet, which is low sodium and low fat. During the evening I was given a memo from the medical department stating that I will be placed on the Cardiac Diet for 90 days. That memo was dated February 19th, 2019. At that time I was unaware of what Ms. Brooks' denial of my follow-up with the cardiologist.

**CLAIM 3:** On or about: Mid-February - April*, my civil right to, Freedom from Deliberate Indifference was violated by: Bryan Pherson P.A.-C.(P.A. Pherson):

Upon being brought back to S.C.C.C. I had spoken with P.A. Pherson about what I was supposed to be doing as to the follow-up appointments with the A.H.I. cardiologist. I had also explained that the cardiologist had issued me: The High Protein Diet, with No Dairy. His response was that D.O.C. Medical does not issue that type of diet. I then explained what the Cleary Act states and he said he didn't care. He then explained that I would be given Orthostatic B.P. tests instead of the follow-up with the cardiologist. I then filed a grievance on March 4th, about this entire situation. D.O.C. Medical had tried to issue me what they said was a heart healthy diet; the Cardiac Diet; except here P.A. Pherson said that it was higher in protein, but it wasn't as it was equal to or less than the amount of protein that was given on regular trays. When I had seen this I had requested that they cancel the Cardiac diet as I wasn't going to starve myself. They still attempted to push the no dairy allergy within the grievance. P.A. Pherson was the investigator to that grievance (SC19-071). At our last meeting in April I had attempted to meet with him half way stating "Instead of the Protein Diet what about issuing me a bag meal with each tray?" He stated that isn't going to happen.

\* S.C.C.C. Medical has been slow playing regarding the information of our meeting (the P.A. and I) as I've lost much of my paperwork in cell shake downs conducted by the Hs. I C.O.'s.

**CLAIM 4:** On or about: April 12th, 13th, 14th, and the 16th, 2019, my civil right to Freedom from Deliberate Indifference, was violated by: Gabe Gluesing R.N. II (Nurse Gluesing):
At my first Orthostatic B.P. testing with Nurse Gluesing, he had stated to the Rovers that technically he is supposed to wait 5 minutes between each of the positions before he is supposed to test me for my blood pressure. That was on April 12th, 2019, not only was he not doing each testing as he stated but he wasn't doing them efficiently, as he told me that each one will be done on the opposite arm as I change positions. So it would go from the first standing up(be done on either arm), the second I would be sitting down and I would be tested immediately upon sitting down, then the opposite arm would be tested, but it didn't go like that as he had one B.P. test machine there was a lapse between each of the tests of 45 seconds to a minute. During these lapses I would be able to tell the significant difference with how my body would respond, with my heart rate and the heart palpitations would occur when my body would change positions. I had explained this to Nurse Gluesing and he said he "was trying but it's hard to do with only one machine." The end result was altogther the orthostatic B.P. tests would occur in less than 5 minutes for each day that I was brought up for them with him.

---

**CLAIM 5(a):** On or about: During the month of April of 2019, my civil right to: Freedom from Deliberate Indifference, was violated by: Jillian Gayle Ryan (Nurse Ryan):
I had submitted an R.M.C. complaining of how my foot was hurting and I didn't know how or why. I had requested Tylenol for the pain. Nurse Ryan had responded back by saying that I wouldn't be given Tylenol and that I can purchase it off of commissary. I had then explained that the long-term side-effects from chronic use of Prilosec was fracturing of weight bearing bones. I had also explained that I qualify as an indigent prisoner, that due to my not having any funds to purchase commissary medical was my source for Tylenol. The medical department didn't respond back nor was I able to get any aid for my foot. So, I grieved the issue (SC19-125) on 5/19/19.

**CLAIM 5(b):** On or about: the beginning of April, my civil right to: Freedom from Staff Retaliation, was violated by: Nurse Ryan:
After I had made it clear that I would be filing a 1983 CIvil Suit against S.C.C.C. Medical, Nurse Ryan had chosen not to bring me my medication in the morning. While this may seem a bit of a stretch, I had explained to the P.A.'s in the past that by switching up my meds it has an effect on my stomach and my body. I had also made it clear to our current P.A. (Pherson) that this happens/ As/ I/ am/ in/ the/ segregated/ housing/ unit/ I/ am/ not/ allowed/ to/ be/ given//

prisoner 1983-7

**CLAIM 5(b) continued:**

happens. As I am in the segregated housing unit [House 1 (Hs.1)] I am not allowed to be given my medication to be: "Kept On Person," (K.O.P.) for security purposes; as this is the current situation. In a previous grievance I had attempted to get my medication distributed at various times of the day in part because of each function of the specified pill would have an adverse effect on the function of the next pill. The response back was that it was the decision of the P.A. that the time I was given my medication is up to there discretion; as it turned out the P.A.'s from previous times had stated that I would be given my medication in the morning and in the evening. Which is all on paper, but I do not have access to those as they are in my file. Nurse Ryan's, claiming that she will not issue medication in the morning as it interferes with daily activities (e.g. recreation, showers, law library). Although, she has since made it clear with her action she doesn't care about other inmates who are experiencing there daily activities except mine and this was after I made it clear that would be filing a 1983 Civil Suit against medical.

---

**CLAIM 6:** On or about: the beginning of April , my civil right to: Freedom from Callous Indifference, was violated by: Lynne Lawrence (Nurse Lawrence): Nurse Lawrence, had chosen to back up Nurse Ryan's excuse to retaliate against me by claiming that the medication distribution interferes with daily activites and that I would be now given my meds as a K.O.P..

prisoner 1983

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____ Yes __X__ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** _x_ Yes _~~x~~_ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: I experience a few times a week heart palpitations, shortness of breath, and dizziness. I get upset stomach and really bad heart burn, as I've experienced before and more recently my weight bearing bones are susceptible to ~~scribbled~~ damage.

Request for Relief:

- Plaintiff requests that this Court grant the relief:

+1.) Damages in the amount of $: Factor in each year I was kept on Prilosec. Taking me w/o explaining the issues as they should have in 2015 at ACC-East. The damage I had experienced in 2016 for taking me off that first time, and the irresponsibility of the final time after seeing the gastroentrologist. Then the health issues it has currently caused. The denial to the follow-up appointments with both the cardiologist and the gastroentrologist. D.O.C.'s M.A.C. to try and issue me an alternative diet. Lastly, the issues at S.C.C.C. medical.

I request from the Court that DOC-H.A.R.S. shall compensate me: $7,596,000.00 therefore after taxes it'll equate to: $5,064,000.00.

+2.) Punitive damages in the amount of $: I leave this to the Court's discretion.

+3.) An order requiring the defendant(s) to: I shall be given the following diet, while adjusted it's similar to what was written by the cardiologist: The High Protein Diet, No Dairy (eg. milk, pudding, gravy, cream, cheese), No T.V.P. (textured vegetable protein), No Beans, No tomato sauce meals (eg. spagetti, meat balls, lasagna) No processed meat, more raw fruits and vegetables, than ~~~~ there shall be no additional changes made to this diet. ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

[+3.) CONTINUED]:

Lastly, that I be provided medical care as set out by state and Federal law; Not by D.O.C, H.A.R.S. standard.

+4.) A declaration that: The diet with the adjusted changes remains indefinite throughout any place of my prison sentence, and any time that I am locked up in any D.O.C. facility in the U.S. and surrounding Territories.

+5.) Other: If the Court sees something I missed that I shall benefit from then have it added.

- Plaintiff demands a trial by jury: (Y) or N

Declaration Under Penalty by Perjury:
The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above civil rights complaint and the information is true and correct.
Executed at Spring Creek Correctional Center on 6/11/19

Raymond C. Katchatag
printed Name

[signature]
signature

Ray Katchatag #494062
Spring Creek Correctional Center
3600 Bette Cato Dr.
Seward, AK - 99664-

LEGAL MAIL

United States District Court
District of Alaska
222 W. 7th Ave. Box 4
Anchorage, AK - 99513-