# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. KATCHATAG,<br>                     Plaintiff,<br>  vs.<br>LAURA BROOKS, *et al.,*<br>                     Defendants. | Case No. 3:19-cv-00172-RRB |

## ORDER

Raymond C. Katchatag, a self-represented prisoner, has filed a Motion for Clarification of Second Amended Complaint at Docket 19. Mr. Katchatag requests that the Court send him a sample claim and "break this down for me so I can better understand as these are from the 2nd Amended Complaint."[1] He also requests an extension of time to file his Second Amended Complaint at Docket 20.

The Court already has issued its order and guidance regarding the amendment of Mr. Katchatag's complaint.[2] District courts cannot issue advisory opinions.[3] Therefore, the Court cannot respond to Mr. Katchatag's inquiry.

---

[1] Docket 19 at 1–2.

[2] *See* Dockets 7, 10, 15, 20, 24, 27, 30, 33, 42.

[3] *See Princeton Univ. v. Schmid*, 455 U.S. 100, 103 (1982) (citing *Hall v. Beals*, 396 U.S. 45, 48 (1969) "live controversy of the kind that must exist if we are to avoid advisory opinions on abstract questions of law."); *see also U.S. Nat. Bank of Oregon v. Indep. Ins. Agents of Am., Inc.*, 508 U.S. 439, 446 (1993) (quoting *Preiser v. Newkirk*, 422 U.S. 395, 401 (1975)) ("'The exercise of judicial power under Art. III of the Constitution depends on

The Motion for Clarification of Second Amended Complaint at Docket 19 is **DENIED**.

The Motion for an Extension of Time at Docket 20 is **GRANTED**. Mr.Katchatag's Second Amended Complaint is due by **April 27, 2020**.

**IT IS SO ORDERED**.

DATED at Anchorage, Alaska, this 5th day of March, 2020.

> */s/ Ralph R. Beistline*
> Ralph R. Beistline
> Senior United States District Judge

---

the existence of a case or controversy,' and 'a federal court [lacks] the power to render advisory opinions.'").